THE STATE OF OHIO, APPELLANT, *v.* KNEPPER, APPELLEE.

[Cite as *State v. Knepper,* 126 Ohio St.3d 54, 2010-Ohio-2695.]

(No. 2009–1838—Submitted May 12, 2010—Decided June 17, 2010.)

---

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Massien,* 125 Ohio St.3d 204, 2010–Ohio–1864, 926 N.E.2d 1282.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

---

Sherri Bevan Walsh, Summit County Prosecuting Attorney, and Richard S. Kasay, Assistant Prosecuting Attorney, for appellant.